No. 478.  CHAPPELL v. CHAPPELL.  Error to the Court of Appeals of the State of Maryland.  Submitted February 1, 1897.  Decided February 15, 1897.  *Per Curiam.*  Dismissed for the want of jurisdiction.  *Mr. Samuel Maddox* and *Mr. David Stewart* in support of motions to dismiss or affirm.  *Mr. Thomas C. Chappell* opposing.

## Decisions on Petitions for Writs of Certiorari.

No. 676.  SOUTHERN RAILWAY COMPANY v. CARNEGIE STEEL Co.  Fourth Circuit.  Granted January 11, 1897.  *Mr. Henry Crawford* and *Mr. Willis B. Smith* for petitioner.  *Mr. Nicholas P. Bond, Mr. P. C. Knox* and *Mr. David Willcox* opposing.

No. 684.  RELIANCE MARINE INSURANCE COMPANY v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY.  Second Circuit.  Denied January 18, 1897.  *Mr. William W. MacFarland* for petitioner.  *Mr. Harrington Putnam* opposing.

No. 204.  CAPITAL BANK OF ST. PAUL v. SCHOOL DISTRICT No. 26, BARNES COUNTY, NORTH DAKOTA.  Eighth Circuit.  Denied January 25, 1897.  *Mr. William M. Jones* for petitioner.  *Mr. Samuel L. Glaspell* and *Mr. William Small* opposing.

No. 683.  CAMPBELL v. RICHARDSON.  Third Circuit.  Denied February 1, 1897.  *Mr. Frederick P. Fish, Mr. W. C. Strawbridge* and *Mr. John G. Johnson* for petitioners.  *Mr. Allen Webster* and *Mr. William L. Pierce* opposing.

No. 694.  SAFETY INSULATED WIRE AND CABLE Co. v. MAYOR AND CITY COUNCIL OF BALTIMORE.  Fourth Circuit.  Denied February 1, 1897.  *Mr. William Pinkney Whyte* for petitioner.  42 U. S. App. 64.